1  John S. Rossiter, Jr., Bar No. 151113
   JRossiter@perkinscoie.com
2  Euphemia N. Thomopulos, Bar No. 262107
   EThomopulos@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Brian P. Hennessy, Bar No. 226721
   BHennessy@perkinscoie.com
7  PERKINS COIE LLP
   101 Jefferson Drive
8  Menlo Park, CA 94025
   Telephone:  (650) 838-4300
9  Facsimile:  (650) 838-4350

10 Attorneys for Defendant
   Gordon Trucking, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
2/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-09-05441-JW<br><br>**STIPULATION TO EXTEND GORDON TRUCKING, INC.'S DEADLINE TO RESPOND TO GREAT WEST CASUALTY COMPANY'S COUNTERCLAIMS** |
| GORDON TRUCKING, INC., a Washington corporation,<br><br>Counterclaimant,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>Counterdefendants. | |

WHEREAS, on January 27, 2010 Great West Casualty Company ("GREAT WEST") filed "Counter-Defendant Great West Casualty Company's Answer to Counterclaim of Gordon Trucking, Inc.; Affirmative Defenses and Counterclaims" (Docket Entry 16), alleging counterclaims against Gordon Trucking, Inc. ("GORDON TRUCKING").

WHEREAS, GREAT WEST and GORDON TRUCKING hereby stipulate to extend GORDON TRUCKING'S deadline to respond to GREAT WEST'S counterclaims to March 1, 2010.

**IT IS SO STIPULATED.**

DATED:  February 18, 2010

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

DATED:  February 18, 2010

**BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation**

By: /s/ David J. Garthe
David J. Garthe (SBN 52398)
DGarthe@bjg.com

Attorneys for Counterdefendant Great West Casualty Company

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  February 18, 2010

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.