1  BINGHAM MCCUTCHEN LLP
   Frank Kaplan (SBN 50859)
2  frank.kaplan@bingham.com
   Kenneth S. Meyers (No. 99959)
3  ken.meyers@bingham.com
   Heather Ristau Gordon (No. 246343)
4  heather.gordon@bingham.com
   The Water Gardens
5  1620 26th Street
   Fourth Floor, North Tower
6  Santa Monica, CA 90404
   Telephone: 310.255.9124
7  Facsimile: 310.907.1000

8  Attorneys for Counterdefendant
   American International Specialty Lines
9  Insurance Company

IT IS SO ORDERED

*James Ware*

Judge James Ware

2/22/2010

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  COLUMBIA CASUALTY COMPANY, an          No. CV-09-05441-JW
    Illinois corporation,
15                                         **SECOND SUPPLEMENTAL**
                   Plaintiff,              **STIPULATION RE DEADLINE**
16                                         **FOR AISLIC TO RESPOND TO**
             v.                            **GORDON TRUCKING'S FIRST**
17                                         **AMENDED ANSWER AND**
    GORDON TRUCKING, INC., a Washington    **COUNTERCLAIMS**
18  corporation, and DOES 1 through 10,
                                           Local Rule 6.1(a)
19                 Defendants.

20  GORDON TRUCKING, INC., a Washington
    corporation, and DOES 1 through 10,
21
                   Counterclaimant,
22
             v.
23
    COLUMBIA CASUALTY COMPANY, an
24  Illinois corporation; AMERICAN
    INTERNATIONAL SPECIALTY LINES
25  INSURANCE COMPANY, an Alaska
    corporation; GREAT WEST CASUALTY
26  COMPANY, a Nebraska corporation; and
    DOES 1 through 10,
27
                   Counterdefendant.
28

A/73298220.1

1              Defendant and Counterclaimant Gordon Trucking, Inc. ("Gordon

2    Trucking") and Counterdefendant American International Specialty Lines Insurance

3    Company ("AISLIC"), through their respective counsel, stipulate to the following:

4              In order to facilitate ongoing settlement negotiations between Gordon

5    Trucking and AISLIC, AISLIC shall have until March 1, 2010, to file a pleading

6    responsive to the counterclaims raised against it by Gordon's First Amended Answer to

7    Columbia Casualty Company's Complaint, Affirmative Defenses and Counterclaims

8    filed on December 22, 2009, in this action.  By filing a responsive pleading on or before

9    March 1, 2010, AISLIC will be deemed to have complied with all applicable and

10   responsive deadlines regarding Gordon's First Amended Answer including, but not

11   limited to, Federal Rule of Civil Procedure, Rule 12(a)(1)(A)-(B).

12
13   DATED: February **18**, 2010      BINGHAM MCCUTCHEN LLP

14
15                            By: *Frank Kaplan*

16                            Frank Kaplan
                         Attorneys for Counterdefendant

17                            American International Specialty Lines
                         Insurance Company

18
19
20   DATED: February 18, 2010      PERKINS COIE, LLP

21
22                            By:

23                            Jon S. Rossiter, Jr.
                         Attorneys for Defendant and Counterclaimant

24                            Gordon Trucking, Inc.

25
26
27
28
    A/73298220.1

Second Supplemental Stipulation Re Deadline for AISLIC To Respond    CV-09-05441-JW