John S. Rossiter, Jr., Bar No. 151113
JRossiter@perkinscoie.com
Euphemia N. Thomopulos, Bar No. 262107
EThomopulos@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Brian P. Hennessy, Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Defendant
Gordon Trucking, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
3/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: CV-09-05441-JW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) OF GORDON TRUCKING, INC.'S CLAIMS AGAINST GREAT WEST CASUALTY COMPANY AND GREAT WEST CASUALTY COMPANY'S CLAIMS AGAINST GORDON TRUCKING, INC.** |
| GORDON TRUCKING, INC., a Washington corporation,<br><br>Counterclaimant,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>Counterdefendants. | |

CASE NO. CV-09-05441-JW
STIPULATION FOR DISMISSAL OF CLAIMS
40753-0043/LEGAL17804797.1

1  WHEREAS, on December 22, 2009, Gordon Trucking, Inc. ("GORDON TRUCKING")
2  filed Defendant and Counterclaimant Gordon Trucking, Inc.'s First Amended Answer to
3  Columbia Casualty Company's Complaint, Affirmative Defenses and Counterclaims (Docket
4  Entry 9), alleging claims against Great West Casualty Company ("GREAT WEST").

5  WHEREAS, GORDON TRUCKING has stipulated to dismiss its claims against GREAT
6  WEST without prejudice and without costs to either party.

7  WHEREAS, on January 27, 2010, GREAT WEST filed Counter-Defendant Great West
8  Casualty Company's Answer to Counterclaim of Gordon Trucking, Inc.; Affirmative Defenses
9  and Counterclaims (Docket Entry 16), alleging claims against GORDON TRUCKING.

10  WHEREAS, GREAT WEST has stipulated to dismiss its claims against GORDON
11  TRUCKING without prejudice and without costs to either party.

12  WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who
13  have appeared in this action stipulate to said dismissals.

14  **IT IS SO STIPULATED.**

16  DATED:  March 2, 2010                         **PERKINS COIE LLP**

18                                                By: /s/ Brian Hennessy
                                                     Brian Hennessy (SBN 226721)
                                                     BHennessy@perkinscoie.com

20                                                Attorneys for Defendant and Counterclaimant
                                                  Gordon Trucking, Inc.

22  DATED:  March 2, 2010                         **BOORNAZIAN, JENSEN & GARTHE**
                                                  **A Professional Corporation**

24                                                By: /s/ David J. Garthe
                                                     David J. Garthe (SBN 52398)
                                                     DGarthe@bjg.com

26                                                Attorneys for Counterdefendant Great West
                                                  Casualty Company

DATED: March 2, 2010

**BINGHAM MCCUTCHEN LLP**

By: /s/ Frank Kaplan
    Frank Kaplan (SBN 50859)
    Frank.kaplan@bingham.com

Attorneys for Counterdefendant and Crossclaimant American International Specialty Lines Insurance Company

DATED: March 2, 2010

**ADORNO YOSS ALVARADO & SMITH**
**A Professional Corporation**

By: /s/ Patrick Cathcart
    Patrick Cathcart (SBN 65413)
    PCathcart@adorno.com

Attorneys for Plaintiff and Counterdefendant Columbia Casualty Company

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 2, 2010

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

- 3 -
STIPULATION FOR DISMISSAL OF CLAIMS
CASE NO. CV-09-05441-JW

40753-0043/LEGAL17804797.1