1  BINGHAM MCCUTCHEN LLP
   Frank Kaplan (SBN 50859)
2  frank.kaplan@bingham.com
   Kenneth S. Meyers (SBN 99959)
3  ken.meyers@bingham.com
   Heather Ristau Gordon (SBN 246343)
4  heather.gordon@bingham.com
   The Water Gardens
5  1620 26th Street
   Fourth Floor, North Tower
6  Santa Monica, CA 90404
   Telephone: 310.907.1000
7  Facsimile: 310.907.2000

8  Attorneys for Counterdefendant and
   Crossclaimant American International
9  Specialty Lines Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>Defendants. | No. CV-09-05441-JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>Courtroom:   Hon. James Ware |
| GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>Counterclaimant,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>Counterdefendants. | |

A/73319209.1

Stipulation and [Proposed] Order Selecting ADR Process CV-09-05441-JW

| | |
|---|---|
| 1 | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, |
| 2 | |
| 3 | Crossclaimant, |
| 4 | v. |
| 5 | COLUMBIA CASUALTY COMPANY, an Illinois corporation, |
| 6 | |
| 7 | Crossdefendant. |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the ADR process:

**Private Process:**

Private ADR (mediation through JAMS or another private provider to be mutually agreed upon by the parties.

The parties agree to hold the ADR session within 120 days from the date of the Order approving this stipulation.

DATED: March 30, 2010        BINGHAM MCCUTCHEN LLP

By: /s/ Frank Kaplan
    Frank Kaplan (SBN 50859)
Attorneys for Counterdefendant and
Crossclaimant American International Specialty
Lines Insurance Company

DATED: March 30, 2010        ADORNO YOSS ALVARADO & SMITH

By: /s/ Patrick A. Cathcart
    Patrick A. Cathcart (SBN 65413)
Attorneys for Plaintiff, Counterdefendant and
Crossdefendant
Columbia Casualty Company

A/73319209.1

2

| | | |
|---|---|---|
| 1 | DATED: March 30, 2010 | PERKINS COIE LLP |
| 2 | | |
| 3 | | By: /s/ John S. Rossiter |
| 4 | | John S. Rossiter (SBN 151113)<br>Attorneys for Defendant, Counterclaimant and<br>Counterdefendant Gordon Trucking, Inc. |

I, Frank Kaplan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 30, 2010              BINGHAM MCCUTCHEN LLP

By: /s/ Frank Kaplan
Frank Kaplan (SBN 50859)
Attorneys for Counterdefendant and
Crosscomplainant American International
Specialty Lines Insurance Company

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR, to be completed within 120 days from the date of this Order.

IT IS SO ORDERED.

DATED: April 2, 2010

_____
UNITED STATES DISTRICT JUDGE

A/73319209.1                                              3