John S. Rossiter, Jr., Bar No. 151113
JRossiter@perkinscoie.com
Euphemia N. Thomopulos, Bar No. 262107
EThomopulos@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Brian P. Hennessy, Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Defendant
Gordon Trucking, Inc.

**DENIED**
*Judge James Ware*
4/26/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>Defendants.<br><br>GORDON TRUCKING, INC., a Washington corporation,<br><br>Counterclaimant,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10, | Case No.: CV-09-05441-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON DEFENDANT AND COUNTERCLAIMANT GORDON TRUCKING, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER DISMISSING ITS CLAIMS AGAINST AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

Counterdefendants.

WHEREAS, on November 10, 2009, Columbia Casualty Company ("COLUMBIA") sued its insured Gordon Trucking, Inc. ("GORDON TRUCKING") in California state court for declaratory relief, seeking a declaration that it is not responsible for paying any amount as a result of a jury verdict and settlement in an underlying litigation *Bianchi v. Salazar Equipment Company, Inc.*, *et al.* Civil Case No. 1-08-CV-104548, filed in the Superior Court of California, County of Santa Clara.

WHEREAS, on November 17, 2009, GORDON TRUCKING removed this action from California state court to this Court (DKT #1).

WHEREAS, on December 22, 2009, GORDON TRUCKING filed Defendant and Counterclaimant Gordon Trucking, Inc.'s First Amended Answer to Columbia Casualty Company's Complaint, Affirmative Defenses and Counterclaims (DKT #9), alleging claims against COLUMBIA, Great West Casualty Company ("GREAT WEST")[1], and American International Specialty Lines Insurance Company ("AISLIC").

WHEREAS, GORDON TRUCKING represents that it and AISLIC have reached a settlement whereby GORDON TRUCKING has agreed to dismiss its claims against AISLIC with prejudice and without costs to either party.

WHEREAS, COLUMBIA declined to stipulate to GORDON TRUCKING's request pursuant to FRCP 41(a)(1) for a voluntary dismissal of GORDON TRUCKING's claims against AISLIC.

WHEREAS, GORDON TRUCKING represents that concurrently with this Stipulation, it will be filing Defendant and Counterclaimant Gordon Trucking, Inc.'s Notice of Motion and Motion For an Order Dismissing its Claims Against American International Specialty Lines Insurance Company Pursuant to Federal Rule of Civil Procedure 41(A)(2) ("Motion"), requesting

---

[1] GREAT WEST is no longer a party to the action, as all claims brought by and against Great West have been dismissed.  DKT #34

1 that the Court enter an order dismissing GORDON TRUCKING's claims against AISLIC with

2 prejudice and without costs to either party, per the parties' settlement agreement.

3     WHEREAS, COLUMBIA has indicated that it will oppose GORDON TRUCKING's

4 Motion.

5     WHEREAS, pursuant to Local Rule 6-2(a), GORDON TRUCKING and COLUMBIA

6 nevertheless stipulate and request that the Court rule on GORDON TRUCKING's Motion

7 without a hearing pursuant to the following shortened briefing schedule: (1) Any Opposition to

8 the Motion is due 14 days after the Court enters an order shortening time on the Motion; (2)

9 Gordon Trucking's Reply is due 21 days after the Court enters said order shortening time; (3)

10 Thereafter, the matter is deemed submitted by the Court for a ruling with no hearing

11 **IT IS SO STIPULATED.**

13 DATED: April 20, 2010      **PERKINS COIE LLP**

15      By: /s/ Brian Hennessy
         Brian Hennessy (SBN 226721)
         BHennessy@perkinscoie.com

17      Attorneys for Defendant and Counterclaimant
     Gordon Trucking, Inc.

20 DATED: April 20, 2010      **BINGHAM MCCUTCHEN LLP**

21      By: /s/ Frank Kaplan
         Frank Kaplan (SBN 50859)
         Frank.kaplan@bingham.com

23      Attorneys for Counterdefendant and
     Crossclaimant American International
     Specialty Lines Insurance Company

DATED: April 20, 2010      **ADORNO YOSS ALVARADO & SMITH LLP**

By: /s/ Patrick Cathcart
    Patrick Cathcart (SBN 65413)
    pcathcart@adorno.com

Attorneys for Plaintiff, Counterdefendant and Crossdefendant COLUMBIA CASUALTY COMPANY

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 20, 2010      **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

In light of the Court's highly impacted calendar, the stipulation to shorten time for hearing on Defendant's Motion is DENIED. The hearing remains as previously set for September 27, 2010 at 9:00 AM. Briefing shall occur in accordance with the local rules.

Dated: April 26, 2010      _____
                           Honorable James Ware