UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY CO., an Illinois company,<br><br>        Plaintiff,<br><br>  v.<br><br>GORDON TRUCKING CO., et al.,<br><br>        Defendants. | Case No.: 09-CV-05441-LHK<br><br>ORDER SETTING EXPEDITED BRIEFING SCHEDULE REGARDING DEFENDANT AND COUNTERCLAIMANT GORDON TRUCKING'S MOTION TO DISMISS ITS CLAIMS AGAINST AISLIC<br><br>(re: docket #44) |

On April 20, 2010, Defendant and Counterclaimant Gordon Trucking, Inc. ("Gordon Trucking") moved to dismiss its claims with prejudice against Counterdefendant American International Specialty Lines Insurance Company ("AISLIC") pursuant to Federal Rule of Civil Procedure 41(a)(2). According to Gordon Trucking's motion [dkt. #44], Plaintiff Columbia Casualty Company ("Columbia Casualty") refused to stipulate to Gordon Trucking's dismissal against AISLIC. On April 26, 2010, the Honorable James Ware denied a stipulation to shorten time and deem the matter submitted without a hearing based on Judge Ware's highly impacted calendar.

This matter was reassigned to this Court on August 2, 2010.  The hearing on Gordon Trucking's motion to dismiss is now set for October 21, 2010.  The Court finds expedited briefing on this motion appropriate.  Therefore, Columbia Casualty's Opposition to Gordon Trucking's motion to dismiss, if any, is due on September 24, 2010.  Gordon Trucking's Reply, if any, is due on October 1, 2010.  The hearing on the motion remains set for October 21, 2010.

**IT IS SO ORDERED.**

Dated: September 9, 2010

_____
LUCY H. KOH
United States District Judge