| | |
|---|---|
| 1 | John S. Rossiter, Jr., Bar No. 151113 |
| | JRossiter@perkinscoie.com |
| 2 | Euphemia N. Thomopulos, Bar No. 262107 |
| | EThomopulos@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, CA  94111-4131 |
| | Telephone:  415.344.7000 |
| 5 | Facsimile:  415.344.7050 |

Brian P. Hennessy, Bar No. 226721
BHennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Defendant
Gordon Trucking, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation, | Case No.: CV-09-05441-LHK |
| Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT GORDON TRUCKING, INC.'S NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL** |
| v. | |
| GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10, | |
| Defendants. | |
| GORDON TRUCKING, INC., a Washington corporation, | |
| Counterclaimant, | |
| v. | |
| COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10, | |
| Counterdefendants. | |

## NOTICE OF CHANGE IN COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Gordon Trucking, Inc. ("Defendant") hereby designates the law firm of BINGHAM McCUTCHEN LLP as its counsel of record in lieu and in place of the law firm of PERKINS COIE LLP and, under N.D. Cal. General Order No. 45 IV.C., respectfully requests that the Court approve this change in counsel.

**Former Counsel:**

>   John S. Rossiter, Jr., Bar No. 151113
>   JRossiter@perkinscoie.com
>   Euphemia N. Thomopulos, Bar No. 262107
>   EThomopulos@perkinscoie.com
>   PERKINS COIE LLP
>   Four Embarcadero Center, Suite 2400
>   San Francisco, CA  94111-4131
>   Telephone:  415.344.7000
>   Facsimile:  415.344.7050

>   Brian P. Hennessy, Bar No. 226721
>   BHennessy@perkinscoie.com
>   PERKINS COIE LLP
>   101 Jefferson Drive
>   Menlo Park, CA 94025
>   Telephone:  (650) 838-4300
>   Facsimile:  (650) 838-4350

**New Counsel:**

>   Frank Kaplan, Esq.
>   BINGHAM McCUTCHEN LLP
>   1620 26th Street – Fourth Floor, North Tower
>   Santa Monica, CA  90404
>   Telephone:  (310) 907-1000
>   Facsimile:  (310) 907-2000
>   e-mail:  frank.kaplan@bingham.com

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

DATED:  November 12, 2010        **GORDON TRUCKING, INC.**

By: /s/ Cynthia McNabb Hurwitz
    Cynthia McNabb Hurwitz

Gordon Trucking, Inc.'s Vice President and General Counsel

DATED:  November 12, 2010        **PERKINS COIE LLP**

By: /s/ John S. Rossiter
    John S. Rossiter (SBN 151113)
    JRossiter@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

DATED:  November 12, 2010        **PERKINS COIE LLP**

By: /s/ Euphemia N. Thomopulos
    Euphemia N. Thomopulos (SBN 262107)
    EThomopulos@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

DATED:  November 12, 2010        **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

CHANGE IN COUNSEL ACCEPTED:

DATED: November 12, 2010     **PERKINS COIE LLP**

By: /s/ Frank Kaplan
Frank Kaplan (SBN 50859)
frank.kaplan@bingham.com

Attorneys for Counterdefendant and Crossclaimant American International Specialty Lines Insurance Company and Defendant and Cross-Complainant Gordon Trucking, Inc.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 12, 2010     **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Defendant and Cross-Complainant Gordon Trucking, Inc.

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: November 22, 2010

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE