UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br> v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 09-CV-05441-LHK<br><br>ORDER GRANTING PARTIES' JOINT REQUEST FOR ADDITIONAL TIME TO FILE ADR STATEMENT |
| GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>    Counterclaimants,<br><br> v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>    Counterdefendants. | |

On November 23, 2010, a case management conference was held. At that conference, the Court ordered that the parties file an ADR statement by December 15, 2010. *See* Dkt. No. 80. On December 13, 2010, this Court issued its order granting in part and denying in part American International Specialty Lines Insurance Company's motion for partial summary judgment. *See* Dkt. No. 81. On December 15, 2010, counsel jointly requested that the deadline to file the ADR statement be continued to December 20, 2010. *See* Dkt. No. 82.

///

///

      To allow counsel more time to confer with their clients regarding the options for ADR in light of the Court's ruling on AISLIC's motion, the Court hereby GRANTS counsels' request. The deadline for parties to file their ADR statement is continued to December 20, 2010.

**IT IS SO ORDERED.**

Dated: December 16, 2010

_____
LUCY H. KOH
United States District Judge