UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>        Defendants.<br>_____<br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>        Counterclaimants,<br><br>    v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>        Counterdefendants. | Case No.: 09-CV-05441-LHK<br><br>ORDER REFERRING CASE TO ADR AND GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY |

On December 20, 2010, the parties submitted a joint statement regarding ADR and a joint motion to extend the deadline to complete expert discovery. Dkt. No. 84.

The parties represent that they have agreed to a voluntary settlement conference and request that the settlement conference be scheduled between February 23 and March 9, 2011. This Court hereby refers this case to Magistrate Judge Grewal for a settlement conference. Judge Grewal is currently available on the following days and times: (1) Friday, February 25, 2011 at 10 AM or 2 PM; (2) Monday, February 28, 2011 at 10 AM or 2 PM; (3) Wednesday, March 2, 2011 at 10 AM or 2 PM; and (4) Friday, March 4, 2011 at 10 AM. The parties shall schedule the settlement

conference as soon as possible, but no later than January 7, 2011, with Oscar Rivera, Courtroom Deputy to Judge Grewal.  Mr. Rivera can be reached at 408-535-5378.  The parties' request that their principals attend the settlement conference by telephone is denied.  Principals must attend the settlement conference in person.

At the November 23, 2010 Case Management Conference, this Court ordered the parties to complete expert discovery by January 14, 2011.  *See* Dkt. No. 80.  The parties now jointly request that the expert discovery deadline be continued to February 7, 2011 in light of scheduling concerns.  As neither party seeks to continue the pretrial conference or court trial dates, this Court GRANTS the parties' request.  Thus, the deadline for expert discovery is continued to February 7, 2011.

**IT IS SO ORDERED.**

Dated: December 29, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-05441-LHK
ORDER REFERRING CASE TO ADR AND GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY