UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBIA CASUALTY CO., an Illinois company,<br><br>           Plaintiff,<br><br>v.<br><br>GORDON TRUCKING CO., et al.,<br><br>           Defendants. | Case No.: 09-CV-05441-LHK<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND MANDATORY SETTLEMENT CONFERENCE, AND TO MODIFY EXPERT DISCOVERY SCHEDULE<br><br>(re: docket #87) |

On January 27, 2011, the parties filed a joint stipulation requesting a continuance of the currently scheduled Mandatory Settlement Conference (March 2, 2011), Pretrial Conference (March 16, 2011), and Trial Start Date (April 4, 2011). *See* Dkt. #87. The parties state that good cause exists for the continuance based on the sudden and unexpected death of Columbia Casualty's expert witness on January 16, 2011, two days before he was to be deposed. The parties also request a modification of the Court's prior discovery Order as related to expert witnesses.

Good cause appearing, the Court GRANTS the parties' stipulation for a continuance and modification of the discovery schedule. The Court adopts the parties' proposed schedule as set forth in the Joint Stipulation (Dkt. #87).

Accordingly, the modified schedule is:

| | |
|---|---|
| February 18, 2011 | Deadline for Columbia to disclose new expert and provide written report. |
| March 7, 2011 | Deadline to provide any rebuttal report to new expert's opinions. |
| April 9, 2011 | Deadline to complete expert depositions. |
| April 27, 2011 at 10:00 a.m. | Mandatory Settlement Conference |
| June 8, 2011 at 2:00 p.m. | Pretrial Conference |
| June 20, 2011 at 9:00 a.m. | Bench Trial Start (4 day estimate) |

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
LUCY H. KOH
United States District Judge