1  BINGHAM MCCUTCHEN LLP
   Frank Kaplan (SBN 50859)
2  frank.kaplan@bingham.com
   The Water Garden
3  1620 26th Street
   Fourth Floor, North Tower
4  Santa Monica, CA 90404
   Telephone: 310.907.1000
5  Facsimile: 310.907.2000

6  Attorneys for Defendant and Counterclaimant
   Gordon Trucking, Inc. and
7  Crossclaimant American International
   Specialty Lines Insurance Company
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, an Illinois corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>      Defendants. | No. CV-09-05441-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW UNDISPUTED FACT NO. 49 AND FILE AMENDED JOINT EXHIBIT LIST** |
| GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10,<br><br>      Counterclaimant,<br><br>      v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10,<br><br>      Counterdefendants. | Date: June 20, 2011<br>Time: 9:00 a.m.<br>Courtroom: Hon. Lucy H. Koh<br>5th Floor<br>Courtroom 4 |

A/74325022.1/3313601-0000344313

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY, an Alaska corporation,

    Crossclaimant,

v.

COLUMBIA CASUALTY COMPANY,
an Illinois corporation,

    Crossdefendant.

       This Stipulation is made by and between defendant and counterclaimant Gordon Trucking, Inc. ("GTI"), cross-claimant American International Specialty Lines Insurance Company ("AISLIC"), and plaintiff and cross-defendant Columbia Casualty Company ("Columbia"), with reference to the following facts:

    1.    On May 25, 2011, pursuant to the Court's Guidelines for Final Pretrial Conference in Bench Trials, the parties filed their Joint Pretrial Statement and [Proposed] Order ("Joint Statement"), including the parties' joint trial exhibit list.

    2.    The Joint Statement contained an undisputed fact, Fact No. 49, which stated, "Prior to the high/low settlement agreement that the parties entered into on September 18, 2009, Bianchi's settlement demand had been as high as $100 million and had never been lower than $24 million."  Joint Statement at 10:11–13.

    3.    Columbia now wishes to withdraw its agreement to Fact No. 49 based on its contention that there are documents previously produced to Columbia but not included in the joint trial exhibit list that Columbia contends show that there was a lower settlement demand in the amount of $15 million.

    4.    Gordon Trucking and AISLIC contend that Fact No. 49 is correct as written, that any documents referencing a demand of $15 million are based on clerical error, and that there is substantial evidence supporting the fact that the

1 lowest settlement demand by Bianchi prior to the High/Low agreement was $24
2 million.  In order to more fully respond to Columbia's contention, Gordon Trucking
3 and AISLIC have identified additional documents beyond those listed in the joint
4 trial exhibit list which they believe confirm that $24 million was the lowest demand.

5     5.     In light of the now-disputed nature of this previously undisputed fact,
6 the parties desire to offer additional exhibits related to this issue at trial, and have
7 agreed that such exhibits may be admitted into evidence and should be added to the
8 exhibit list as reflected in the Amended Joint Trial Exhibit List lodged concurrently
9 herewith.

        Accordingly, IT IS HEREBY STIPULATED that:

1.     Undisputed Fact No. 49 may be withdrawn.

2.     Exhibits 111–119 and 201–205 in the Amended Joint Trial Exhibit List lodged concurrently herewith shall be admissible at trial.

BINGHAM MCCUTCHEN LLP

By: /s/ Frank Kaplan
    Frank Kaplan (SBN 50859)
Attorneys for Defendant and
Counterclaimant Gordon Trucking, Inc.
And Crossclaimant American International
Specialty Lines Insurance Company

ALVARADO SMITH

By: /s/ Patrick A. Cathcart
    Patrick A. Cathcart
Attorneys for Plaintiff, Counterdefendant and
Crossdefendant Columbia Casualty Company

    I, Frank Kaplan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from

1 | each signatory hereto.

2 | DATED:

BINGHAM MCCUTCHEN LLP

By: /s/ Frank Kaplan
 Frank Kaplan (SBN 50859)
Attorneys for Defendant and
Counterclaimant Gordon Trucking, Inc.
And Crossclaimant American International
Specialty Lines Insurance Company

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, Undisputed Fact No. 49 is withdrawn, and the Amended Joint Trial Exhibit List may be filed.

IT IS SO ORDERED.

DATED: June 15, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

A/74325022.1/3313601-0000344313                  4

Stipulation and [Proposed] Order to Withdraw Undisputed Fact No. 49  CV-09-05441-LHK