1  PATRICK A. CATHCART (SBN 65413)
   pcathcart@alvaradosmith.com
2  ALVARADOSMITH
   A Professional Corporation
3  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
4  Tel.   (213) 229-2400
   Fax.   (213) 229-2499
5
   JOSEPH P. COLLINS (CA Bar No. 163442)
6  joecollins.law@gmail.com
   LAW OFFICE OF JOSEPH P. COLLINS
7  1541 Ocean Avenue, #200
   Santa Monica, CA  90401
8  Tel.   (310) 424-1466
   Fax.   (310) 424-1410
9
   Attorneys for Plaintiff, Counterdefendant and Crossdefendant,
10 COLUMBIA CASUALTY COMPANY, an Illinois corporation

11                         **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  COLUMBIA CASUALTY COMPANY, an Illinois corporation, | Case No.  5:09-cv-05441-LHK (PSG) |
| 15                    Plaintiff, | HON. LUCY H. KOH – COURTROOM 4 |
| 16          vs. | |
| 17  GORDON TRUCKING, INC., a Washington corporation, and DOES 1 through 10, | **NOTICE OF SETTLEMENT; STIPULATION FOR DISMISSAL OF COMPLAINT, COUNTERCLAIM AND CROSS-CLAIM; [PROPOSED] ORDER THEREON** |
| 18 | |
| 19                    Defendants. | |
| 20  GORDON TRUCKING, INC., a Washington corporation, | |
| 21 | |
| 22                    Counterclaimant, | |
| 23          vs. | |
| 24  COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES 1 through 10, | |
| 25 | |
| 26 | |
| 27 | REMOVED:       November 17, 2009<br>ACTION FILED:  November 10, 2009 |
| 28                    Counterdefendants. | |

1

| | |
|---|---|
| 1 | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation, |
| 2 | |
| 3 | Crossclaimant, |
| 4 | vs. |
| 5 | COLUMBIA CASUALTY COMPANY, an Illinois corporation, |
| 6 | |
| 7 | Counterdefendant. |

This dispute involved whether plaintiff Columbia Casualty Company ("Columbia") was obligated to pay its $5 million policy limits in connection with the resolution of a bodily injury lawsuit against Columbia's insured, Gordon Trucking, Inc. The case was tried to the Court between June 20-24, 2011, and a Finding of Facts and Conclusions of Law was issued on September 23, 2011. All parties, by and through their counsel of record, hereby notify the Court that this matter has been settled in its entirety.

As a consequence of the settlement, the parties desire that the complaint, and all counterclaims and cross-complaints be dismissed with prejudice. Specifically:

1. Plaintiff, Columbia, requests that the Court Dismiss its Complaint filed November 10, 2009.

2. Defendant and Counterclaimant, Gordon Trucking, Inc., requests that the Court dismiss the Counterclaim filed December 22, 2009, as to Counterdefendant Columbia. The Court has previously dismissed the claims of the Counterclaim as to the other Counterdefendants.

///
///
///
///
///
///
///

3. Defendant and Crossclaimant American International Specialty Lines Insurance Company requests that the Court dismiss its Crossclaim filed March 01, 2010.

**IT IS SO STIPULATED.**

DATED: October 19, 2011

PATRICK A. CATHCART
ALVARADOSMITH
A Professional Corporation

JOSEPH P. COLLINS

By:   /s/ Patrick A. Cathcart
         PATRICK A. CATHCART

Attorneys for Plaintiff, Counterdefendant and Crossdefendant COLUMBIA CASUALTY COMPANY

DATED: October 19, 2011

BINGHAM McCUTCHEN LLP

By:   /s/ Frank Kaplan
         FRANK KAPLAN

Attorneys for Defendant and Counterclaimant GORDON TRUCKING, INC. and Crossclaimant AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

I, Patrick A. Cathcart, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 19, 2011

ALVARADOSMITH
A Professional Corporation

By:   /s/ Patrick A. Cathcart
         PATRICK A. CATHCART (SBN 65413)

Attorneys for Plaintiff, Counterdefendant and Crossdefendant COLUMBIA CASUALTY COMPANY

///

# [PROPOSED] ORDER

Based on the agreement of the parties, and good cause appearing given the complete resolution of this dispute by settlement, the following are hereby dismissed with prejudice:

1. Columbia Casualty Company's Complaint filed November 10, 2009.

2. Gordon Trucking, Inc.'s Counterclaim filed December 22, 2009, as to Counterdefendant Columbia.

3. American International Specialty Lines Insurance Company's Crossclaim filed March 1, 2010.

**IT IS SO ORDERED**

DATED: October 20, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE