1   PATRICK A. CATHCART (SBN 65413)
    pcathcart@alvaradosmith.com
2   ALVARADOSMITH
    A Professional Corporation
3   633 W. Fifth Street, Suite 1100
    Los Angeles, CA 90071
4   Tel.    (213) 229-2400
    Fax.    (213) 229-2499
5
    JOSEPH P. COLLINS (CA Bar No. 163442)
6   joecollins.law@gmail.com
    LAW OFFICE OF JOSEPH P. COLLINS
7   1541 Ocean Avenue, #200
    Santa Monica, CA  90401
8   Tel.    (310) 424-1466
    Fax.    (310) 424-1410
9
    Attorneys for Plaintiff, Counterdefendant and Crossdefendant,
10  COLUMBIA CASUALTY COMPANY, an Illinois corporation

11              **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  COLUMBIA CASUALTY COMPANY, an Illinois corporation, | Case No.  5:09-cv-05441-LHK (PSG) |
| 15                     Plaintiff, | HON. LUCY H. KOH – COURTROOM 4 |
| 16         vs. | |
| 17  GORDON TRUCKING, INC., a Washington | **NOTICE OF SETTLEMENT; STIPULATION FOR DISMISSAL OF COMPLAINT, COUNTERCLAIM AND** |
| 18  corporation, and DOES 1 through 10, | **CROSS-CLAIM; [~~PROPOSED~~] ORDER THEREON** |
| 19                     Defendants. | |
| 20  GORDON TRUCKING, INC., a Washington | |
| 21  corporation, | |
| 22                     Counterclaimant, | |
| 23         vs. | |
| 24  COLUMBIA CASUALTY COMPANY, an Illinois corporation; AMERICAN | |
| 25  INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska | |
| 26  corporation; GREAT WEST CASUALTY COMPANY, a Nebraska corporation; and DOES | REMOVED:          November 17, 2009 |
| 27  1 through 10, | ACTION FILED:    November 10, 2009 |
| 28                     Counterdefendants. | |

1

NOTICE OF SETTLEMENT; STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER                    Case No. 5:09-cv-05441-LHK
2104888.1

1 | AMERICAN INTERNATIONAL SPECIALTY
2 | LINES INSURANCE COMPANY, an Alaska
corporation,

3 |      Crossclaimant,

4 |   vs.

5 | COLUMBIA CASUALTY COMPANY, an
Illinois corporation,

6 |

7 |      Counterdefendant.

8

9    This dispute involved whether plaintiff Columbia Casualty Company ("Columbia") was

10 obligated to pay its $5 million policy limits in connection with the resolution of a bodily injury lawsuit

11 against Columbia's insured, Gordon Trucking, Inc.  The case was tried to the Court between June 20-

12 24, 2011, and a Finding of Facts and Conclusions of Law was issued on September 23, 2011.  All

13 parties, by and through their counsel of record, hereby notify the Court that this matter has been settled

14 in its entirety.

15    As a consequence of the settlement, the parties desire that the complaint, and all counterclaims

16 and cross-complaints be dismissed with prejudice.  Specifically:

17    1.  Plaintiff, Columbia, requests that the Court Dismiss its Complaint filed November 10,

18 2009.

19    2.  Defendant and Counterclaimant, Gordon Trucking, Inc., requests that the Court dismiss

20 the Counterclaim filed December 22, 2009, as to Counterdefendant Columbia.  The Court has

21 previously dismissed the claims of the Counterclaim as to the other Counterdefendants.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

1    3.    Defendant and Crossclaimant American International Specialty Lines Insurance

2    Company requests that the Court dismiss its Crossclaim filed March 01, 2010.

3    **IT IS SO STIPULATED.**

4

5    DATED:  October 19, 2011          PATRICK A. CATHCART
                                       ALVARADOSMITH
6                                      A Professional Corporation

7                                      JOSEPH P. COLLINS

8

9                                      By:      /s/ Patrick A. Cathcart
                                               PATRICK A. CATHCART
10

11                                     Attorneys for Plaintiff, Counterdefendant and
                                       Crossdefendant COLUMBIA CASUALTY COMPANY

12

     DATED:  October 19, 2011          BINGHAM McCUTCHEN LLP
13

14

15                                     By:     /s/ Frank Kaplan
                                               FRANK KAPLAN
16
                                       Attorneys for Defendant and Counterclaimant GORDON
                                       TRUCKING, INC. and Crossclaimant AMERICAN
17                                     INTERNATIONAL SPECIALTY LINES INSURANCE
                                       COMPANY
18

19

20        I, Patrick A. Cathcart, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

21   concurrence to the filing of this document has been obtained from each signatory hereto.

22

23   DATED:  October 19, 2011          ALVARADOSMITH
                                       A Professional Corporation
24

25                                     By:      /s/ Patrick A. Cathcart
                                               PATRICK A. CATHCART (SBN 65413)
26

27                                     Attorneys for Plaintiff, Counterdefendant and
                                       Crossdefendant COLUMBIA CASUALTY COMPANY

28   ///

---

3

**[PROPOSED] ORDER**

Based on the agreement of the parties, and good cause appearing given the complete resolution of this dispute by settlement, the following are hereby dismissed with prejudice:

1.     Columbia Casualty Company's Complaint filed November 10, 2009.

2.     Gordon Trucking, Inc.'s Counterclaim filed December 22, 2009, as to Counterdefendant Columbia.

3.     American International Specialty Lines Insurance Company's Crossclaim filed March 1, 2010.

**IT IS SO ORDERED**

DATED: October 20, 2011

_Lucy H. Koh_
UNITED STATES DISTRICT JUDGE